No. 98–1364. SELLERS ET AL. v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 98–1370. CARRERAS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 98–6581. KARENBAUER v. PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 98–7024. LANDSBERGER v. SCHAFER, JUDGE, SUPERIOR COURT OF ARIZONA, MARICOPA COUNTY, ET AL. C. A. 9th Cir. Certiorari denied.

No. 98–7054. GONZALES v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 98–7164. BLACKMON v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 98–7349. REED v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 98–7374. THIELE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 98–7524. WELLS v. TEXAS. Ct. App. Tex., 11th Dist. Certiorari denied.

No. 98–7534. JONES v. TEXAS ET AL. C. A. 5th Cir. Certiorari denied.

No. 98–7535. MCFADDEN v. MISSISSIPPI. Sup. Ct. Miss. Certiorari denied.

No. 98–7553. JONES v. SOUTH CAROLINA. Sup. Ct. S. C. Certiorari denied.

No. 98–7555. LINK v. CITY OF COLUMBUS. Ct. App. Ohio, Franklin County. Certiorari denied.

No. 98–7557. MALENOSKY v. VARNER ET AL. C. A. 3d Cir. Certiorari denied.

No. 98–7559. MENEFIELD v. SMITH, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.